# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

David-Allen: Strain

Plaintiff

v.

The State of Minnesota
The County of Olmsted and
The City of Rochester

Defendants

Case No. Civil 00 821 PAM/JGL

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Petitioner's application for a writ of habeas corpus is dismissed.

DATE: May 5, 2000

FRANCIS E. DOSAL, CLERK

Victoria Moralez

Victoria Moralez, Deputy Clerk